NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of K.J.H. and K.M.H.,
minor children.

_____

K.H.,

          Appellant,

v.                                                            Case No. 2D18-4347

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

          Appellees.

_____

Opinion filed March 20, 2019.

Appeal from the Circuit Court for Pinellas
County; Kathleen T. Hessinger, Judge.

Joseph Anthony Manzo, Largo, for
Appellant.

Bernie McCabe, State Attorney, and
Leslie M. Layne, Assistant State Attorney,
Clearwater, for Appellee Department of
Children and Families.

Thomasina Moore, Statewide Director of
Appeals, and Joanna Summers Brunell,
Appellate Counsel, Tallahassee, for
Appellee Guardian ad Litem Office.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and SMITH, JJ., Concur.